UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal NO. 3:15CR ___ (MPS) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 42 U.S.C. § 1320a-7b(b) (Receipt of Kickbacks in Relation to a Federal Healthcare Program) |
| HEATHER ALFONSO | : | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Receipt of Kickbacks in Relation to a Federal Healthcare Program)

From January 2013 until March 2015, in the District of Connecticut and elsewhere, the defendant HEATHER ALFONSO, did knowingly and willfully solicit and receive remuneration, that is, approximately $83,000, in return for recommending and ordering a pain medication used to treat cancer patients, an item for which payment may be made in whole or in part under Medicare Part D, a Federal health care program.

All in violation of Title 42, United States Code, Section 1320a-7b(b)(1).

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY

1