UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 3:15-cr-00111-MPS |
| v. : | |
| HEATHER A. ALFONSO : | JULY 9, 2015 |

### DEFENDANT'S MOTION FOR CONTINUANCE

The Defendant, Heather A. Alfonso, by and through her undersigned counsel, hereby moves this Court for an Order continuing the Sentencing of Heather A. Alfonso for six (6) months. The undersigned further represents that he has conferred with counsel for the government, Douglas Morabito, and the Government joins in the Motion for Continuance.

THE DEFENDANT,
Heather A. Alfonso

By_____
A. Ryan McGuigan (#ct24571)
rmcguigan@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)
Her Attorneys

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
A.  Ryan McGuigan, ct24571

019279-2/LM0138

2

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726