UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-00111-MPS |
| v. | |
| HEATHER A. ALFONSO | FEBRUARY 12, 2016 |

### DEFENDANT'S MOTION FOR CONTINUANCE

The Defendant, Heather A. Alfonso, by and through her undersigned counsel, hereby moves this Court for an Order continuing the Sentencing of Heather A. Alfonso. The undersigned further represents that he has conferred with counsel for the government, Assistant U.S. Douglas Morabito, and the Government joins in the Motion for Continuance.

Ms. Alfonso is actively cooperating in an ongoing Investigation in several jurisdictions including Connecticut in which additional individuals will be charged. Ms. Alfonso respectfully submits this Motion to allow for Ms. Alfonso's continued cooperation with both state and federal investigations and to ensure for proper sentencing.

Ms. Alfonso's cooperation with both state and federal investigation is significant when qualifying her character and conduct relative to sentencing. Thus, Ms. Alfonso respectfully requests that sentencing be continued until the state and federal investigations have been completed. Under 18 U.S.C. § 3661, "**no limitation** shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence." (Emphasis added) 18 U.S.C. § 3661. In

1

determining the minimally sufficient sentence, 18 U.S.C. § 3553(a)[1] further directs sentencing courts to consider the following factors:

1) "the nature and circumstances of the offense and the history and characteristics of the defendant." (Section 3553(a)(1));
2) "the need for the sentence imposed" (Section 3553(a)(2));
3) "the kinds of sentences available" (Section 3553(a)(3));
4) "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." (Section 3553 (a)(6)); and
5) "the need to provide restitution to any victims of the offense." (Section 3553(a) (7))."

Ms. Alfonso's assistance with the state and federal investigations will yield significant information regarding her character. Once the investigations have been completed Ms. Alfonso and both state and federal governments, at their discretion, will be able to submit a full and complete report regarding her character, conduct, and cooperation during those investigations. These reports will provide the Court with any and all necessary information pertinent to the sentencing process.

Moreover, Ms. Alfonso is not practicing medicine; she's spending time with her children. Continuing sentencing poses no risk to the citizens of Connecticut or any other state.

---

[1] Ms. Alfonso is aware of the Supreme Court of the United States holding in *U.S. v. Booker*, 543 U.S. 220, 125 S.Ct. 738 (2005), and as a result of its holding in that case the Sentencing Guidelines set forth in 18 U.S.C. § 3553 are advisory, not mandatory, guidelines.

*Rome McGuigan, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

**CONCLUSION**

For the foregoing reasons, Ms. Alfonso respectfully moves this Court to continue sentencing while she assists state and federal investigators with their multiple investigations in various jurisdictions.

>
> THE DEFENDANT,
> Heather A. Alfonso
>
> By_____
>   A. Ryan McGuigan (#ct24571)
>   rmcguigan@rms-law.com
>   Rome McGuigan, P.C.
>   One State Street
>   Hartford, CT 06103-3101
>   860-549-1000
>   860-724-3921 (fax)
>   Her Attorneys

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
A. Ryan McGuigan, ct24571

019279-2/LM0138

4

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726