UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15cr111(MPS) |
| v. | |
| HEATHER ALFONSO | December 21, 2017 |

JOINT STATUS REPORT

The government and defendant submit the following joint status report pursuant to the Court's order. The parties represent that the defendant continues to cooperate in several federal and state jurisdictions, including the District of Connecticut, regarding numerous ongoing criminal investigations and thus the parties request that the sentencing schedule continue to be suspended for an additional one month. The parties will file another status report with the Court on or before January 21, 2018, or earlier in the event her cooperation is completed.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/  Douglas P. Morabito*
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY

1

**CERTIFICATION**

      I hereby certify that on December 21, 2017, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    */s/  Douglas P. Morabito*

                                    DOUGLAS P. MORABITO
                                    ASSISTANT U.S. ATTORNEY