UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Vs.

HEATHER ALFONSO

CASE NO. : 3:15cr111MPS)

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the  Honorable Janet Bond Arterton   for all purposes including trial.   All further non-electronic pleadings  or documents in this matter should be filed with the Clerk's Office in New Haven, CT and bear the docket number 3:15cr111(JBA).

So ordered.

Dated at Hartford, Connecticut this 19th   day of   April, 2018.

_____/s/_____
Michael P. Shea
United States District Judge