# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-00111-MPS |
| v. | |
| HEATHER A. ALFONSO | AUGUST 20, 2019 |

## DEFENDANT'S MOTION FOR CONTINUANCE

The Defendant, Heather A. Alfonso, by and through her undersigned counsel, hereby moves this Court for an Order continuing the Sentencing of Heather A. Alfonso, which is presently set for October 15, 2019 at 11:00 a.m. The reason for this request is that the U.S. Probation Officer, Ryan Togninalli, has contacted the undersigned and requested additional time to prepare "a full and proper" preliminary Pre-Sentence Report. In addition, he is scheduled to be away on training for several days in the next two weeks. It is the request of the U.S. Department of Probation and the Defendant that her Sentencing, as well as all Probation filing deadlines, be postponed for thirty days. The undersigned represents that the continuance being sought is by agreement with the U.S. Probation Office.

THE DEFENDANT
Heather A. Alfonso

By_____
A. Ryan McGuigan (#ct24571)
rmcguigan@rms-law.com
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101
860-549-1000
860-724-3921 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A. Ryan McGuigan, ct24571

019279-2/MW0195

2

**ROME MCGUIGAN, P.C.**
One State Street-13th Floor, Hartford, CT 06103-3101 • (860) 549-1000 • (860) 724-3921 Fax