UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                            3:15-cr-00111-JBA-1

HEATHER ALFONSO

ENDORSEMENT ORDER AND AMENDED SETNENCING SCHEDULING ORDER

Defendant's Motion for Continuance (Doc. #48) is granted, absent objection. Accordingly, the following amended sentencing schedule is ordered:

The Defendant shall appear for sentencing on **November 26, 2019 at 10:00a.m**. in Courtroom No. 2 of the United States District Courthouse, 141 Church Street, New Haven, Connecticut. The initial Presentence Report shall be disclosed to the Defendant, counsel for the Defendant, and the Government by **October 15, 2019**. Any objections or comments shall be communicated to the probation officer by **October 29, 2019**. The final version of the Presentence Report shall be filed by **November 8, 2019**. Defendant's Sentencing Memorandum shall be filed by **November 12, 2019**. Government's Sentencing Memorandum shall be filed by **November 19, 2019**. Any replies shall be filed by **November 22, 2019**.

IT IS SO ORDERED.

/S/
_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 22, 2019